JS-6

**DERRYBERRY & ASSOCIATES LLP**
ATTORNEYS AT LAW
41240 11th Street West, Suite A
Palmdale, CA 93551
(661) 945-6115; FAX (661) 948-4772

R. Steven Derryberry
State Bar No. 245234
Kimberly R. Rose-McCaslin
State Bar No. 248428
Alexander L. Massari
State Bar No. 307111

Attorneys for BOB AND ME PRODUCTIONS, INC., a California corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BOB AND ME PRODUCTIONS, INC., a California corporation,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**LEMON LEAF CAFÉ, LLC, a California limited liability company, and DOES 1 to 10, inclusive;**<br><br>**Defendants.** | **CASE NO. 2:20-CV-00801 VAP-RAOx**<br><br>**ORDER RE: DISMISSAL OF COUNT** |

Having received and reviewed Plaintiff's Statement Requesting Dismissal of Count (Dkt. 27), the Court hereby Orders Count 2 of Plaintiff's Complaint (Dkt. 1) dismissed pursuant to Federal Rule of Civil Procedure 41(a).

IT IS SO ORDERED.

Dated: September 22, 2020

_____
UNITED STATES DISTRICT JUDGE

DERRYBERRY & ASSOCIATES LLP
Attorneys at Law