DERRYBERRY & ASSOCIATES LLP
Attorneys at Law

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BOB AND ME PRODUCTIONS, INC., a California corporation,** | **CASE NO. 2:20-CV-801 VAP-RAO** |
| **Plaintiff,** | **JUDGMENT AND PERMANENT INJUNCTION** |
| v. | |
| **LEMON LEAF CAFÉ, LLC, a California limited liability company, and DOES 1 to 10, inclusive;** | |
| **Defendants.** | |

On August 26, 2020, the Court granted Plaintiff BOB AND ME PRODUCTIONS, INC., a California corporation's Motion for Default Judgment (Dkt. 25) against Defendant LEMON LEAF CAFÉ, LLC, a California limited liability company, as to Counts 1, 3, and 4 of Plaintiff's Complaint. The Court granted Plaintiff's requests for permanent injunctive relief and damages.

At Plaintiff's request (Dkt. 27), the Court entered an Order dismissing Count 2 of the Complaint on September 22, 2020 (Dkt. 29). As all claims have been resolved, the issuance of a final judgment is appropriate.

Therefore, IT IS HEREBY ORDERED THAT:

1. Final judgment as to liability is hereby entered against LEMON LEAF CAFÉ, LLC, a California limited liability company for the claims as set forth in the Complaint.

2. BOB AND ME PRODUCTIONS, INC., a California corporation, is awarded $25,000.00 in statutory damages and costs of suit in the amount of $505.00.

3. LEMON LEAF CAFÉ, LLC, a California limited liability company, shall take nothing.

4. LEMON LEAF CAFÉ, LLC, a California limited liability company, and all persons or entities acting in concert with it shall be permanently enjoined and restrained from:

(i) displaying or otherwise using The Lemon Leaf Café: Gourmet Marketplace® trademark, U.S. Trademark Registration No. 5628007, in any manner, including on Defendant's business premises, business products, website and/or social media profiles, and any advertising media regardless of form;

(ii) using any false descriptions or representations, or any false designations of origin, or otherwise committing any acts of unfair competition with respect to Plaintiff and its Mark, by using the Mark or any other trade name or trademark confusingly similar to the Mark, including but not limited to 'The Leaf Café' and any other trade name or trademark confusingly similar to The Lemon Leaf Café: Gourmet Marketplace®.

5. The Court retains jurisdiction over this matter for the purpose of

making any further orders necessary or proper for the construction of this Judgment and Permanent Injunction, the enforcement thereof, and the punishment of any violations thereof.

IT IS SO ORDERED.

Dated: October 2, 2020

_____
UNITED STATES DISTRICT JUDGE